■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY MASCUZZIO, Appellant.—Judgment of the Supreme Court, Kings County, rendered October 23, 1978, affirmed. No opinion. This case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Damiani, J. P., Gibbons, Gulotta and Martuscello, JJ., concur.